# United States District Court

## EASTERN DISTRICT OF CALIFORNIA



FILED

SEP 1 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** | ) |
| **vs.** | ) Case No. 06-0418 LJO |
| Octavio Moreno | ) |
|  | ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Octavio Moreno _____ , have discussed with _____ Lydia J. Serrano _____ , Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the following condition:   You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring. **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer.
All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| | |
|---|---|
| Signature of Defendant          Date | Pretrial Services Officer          Date |
| Octavio Moreno          8-30-02 | Lydia J. Serrano          8-30-07 |

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant United States Attorney                                   Date   9/10/07
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel                                   Date   8-30-07
Nicholas Reyes

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on   9/11/07 .

☐ The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer                                   Date   9/11/07

cc:      U.S. Attorney's Office, Defense Counsel, Pretrial Services