**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**OCTAVIO MORENO**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:06-CR-418-LJO** |
| ) | |
| ) | **STIPULATION TO CONTINUE** |
| Plaintiff, ) | **SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| OCTAVIO MORENO ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      Defendant, OCTAVIO MORENO, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KATHLEEN A. SERVATIUS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Friday, June 20, 2008, at 8:45 a.m. be continued to Friday, July 25, 2008 at 8:45 a.m. in the courtroom for the Honorable Lawrence O'Neill, District Judge.

      This continuance is based on good cause because counsel for Defendant, Nicholas F.

Reyes, is in trial in Fresno Superior Court in the matter of People v. Jose Vasquez and for assessment of any potential "5K."

**IT IS SO STIPULATED**

                                                                                Respectfully submitted,

Dated: 06-18-08                                          /s/ Nicholas F. Reyes
                                                                 NICHOLAS F. REYES
                                                                 Attorney for Defendant
                                                                 **OCTAVIO MORENO**

**IT IS SO STIPULATED**

Dated: 06-18-08                                          /s/ Kahtleen A. Servatius
                                                                 KATHLEEN A. SERVATIUS
                                                                Assistant U.S. Attorney

GOOD CAUSE EXISTS FOR THE CONTINUANCE BASED ON MATTERS ADDRESSED IN THE STIPULATION.

IT IS SO ORDERED.

**Dated:   June 19, 2008**                          /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE